NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000165
21-OCT-2011
08:59 AM

NO. CAAP-11-0000165

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BETSY AKIKO MORIOKA,
Plaintiff-Appellee,
v.
KIMBERLY ANN EIKO LEE and DANIEL MORRIS LEE,
Defendants/Cross-Claim Plaintiffs/Appellants,
and
HAWAIʻI STATE FEDERAL CREDIT UNION; CITY AND COUNTY OF HONOLULU;
DEPARTMENT OF BUDGET AND FISCAL SERVICES,
Defendants/Cross-Claim Defendants/Appellees,
and
DOE ENTITIES, Defendants

(CIVIL NO. 08-1-0996-05(RAT))

KIMBERLY LEE and DANIEL MORRIS LEE, Plaintiffs-Appellants,
v.
BETSY AKIKO MORIOKA, Defendant-Appellee,
and
JOHN DOES 1-10; JANE DOES 1-10, et al., Defendants

(CIVIL NO. 08-1-1280-06(RAT))

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

ORDER DENYING OCTOBER 19, 2011 HRAP RULE 40 MOTION FOR
RECONSIDERATION OF OCTOBER 10, 2011 ORDER DISMISSING APPEAL FOR
LACK OF JURISDICTION, OR, IN THE ALTERNATIVE, FOR DEPUBLICATION
(By: Nakamura, Chief Judge, Foley and Reifurth, JJ.)

Upon review of (1) the October 10, 2011 order
dismissing appeal for lack of jurisdiction, (2) Defendants/Cross-
Claim Plaintiffs/Plaintiffs/Appellants Kimberly Ann Eiko Lee and

Daniel Morris Lee's (the Lee Appellants) motion for reconsideration of the October 10, 2011 dismissal order pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), or, in the alternative, for depublication, and (3) the record, it appears that we did not overlook or misapprehend any points of law or fact when we entered the October 10, 2011 dismissal order. Therefore, the Lee Appellants' October 19, 2011 HRAP Rule 40 motion for reconsideration of the October 10, 2011 dismissal order lacks merit. Furthermore, the October 10, 2011 dismissal order is not a published opinion, and, thus, the Lee Appellants' alternative request for depublication lacks merit. Accordingly,

IT IS HEREBY ORDERED that the Lee Appellants' October 19, 2011 HRAP Rule 40 motion for reconsideration of the October 10, 2011 dismissal order, or, in the alternative, for depublication, is denied.

DATED: Honolulu, Hawai'i, October 21, 2011.

Chief Judge

Associate Judge

Associate Judge

-2-